IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA AVILA ) | |
| ) | |
| Plaintiff, ) | Case No. 14-C-2296 |
| ) | |
| v. ) | Judge Robert M. Dow, Jr. |
| ) | Magistrate Judge Young B. Kim |
| RAND OIL, INC., ALPESH PATEL, and ) | |
| DAXESH PATEL ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT IN A CIVIL ACTION**

The Court has ordered that:

1) the Plaintiff, Maria Avila, recover from the Defendants, Rand Oil, Inc., Alpesh Patel, and Daxesh Patel, jointly and severally, the amount of $5,500; and

2) the Plaintiff, Maria Avila, recover from Defendants Alpesh Patel and Rand Oil, Inc., jointly and severally, the additional amount of $117,135.66, plus post-judgment interest at the rate of .58% per annum, along with costs.

This action was decided on a motion for a default judgment against Defendants Alpesh Patel and Rand Oil, and on an agreed judgment order signed by Defendant Daxesh Patel.

Plaintiff is entitled to attorney's fees against Defendants Alpesh Patel and Rand Oil, Inc. pursuant to the Fair Labor Standards Act, Illinois Minimum Wage Act, and Illinois Wage Payment and Collection Act. The Court will determine the

amount of fees and costs that Plaintiff will be awarded after she files her petition for fees and costs.

| | |
|---|---|
| **SO ORDERED.** | **ENTERED:** |
| **DATE: 2/2/2016** | _____<br>Honorable Robert M. Dow, Jr.<br>United States District Judge |

2