IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA AVILA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-C-2296 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | Magistrate Judge Young B. Kim |
| RAND OIL, INC. et al. | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND TIME FOR FILING PETITION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff Maria Avila respectfully requests that the Court extend the deadline for the filing of her petition for attorney's fees and costs from March 2, 2016 to March 16, 2016. Defendants Alpesh Patel and Rand Oil, Inc. (the Defendants affected by this Motion) are in agreement. In support of her motion, Plaintiff states:

1. On February 2, 2016, the Court entered final judgment based upon an agreed judgment order signed by Defendant Daxesh Patel, who settled with Plaintiff, and a default judgment against Defendants Alpesh Patel and Rand Oil, Inc. The amount of the judgment against Alpesh Patel and Rand Oil is $117,135.66, plus post-judgment interest and costs. ECF No. 58.

2. Plaintiff having prevailed against Defendants Alpesh Patel and Rand Oil under fee-shifting statutes, the Court found that she is entitled to attorney's fees and provided counsel until March 2, 2016 to file and serve her fee petition. ECF No. 59.

3. After the entry of final judgment, Alpesh Patel secured new counsel. On February 25, 2016, Plaintiff accepted Patel's offer to pay $15,000 in exchange for a release of the judgment against Patel and Rand Oil. The funds are due to be paid on, or shortly after, March 4, 2016.

4. In the event Patel breaches his promise to pay $15,000, Plaintiff will file her fee petition. As it stands, the payment has been promised after the current fee petition deadline. Therefore, she respectfully requests that the Court extend the deadline to file and serve her fee petition from March 2, 2016 to March 16, 2016.

5. If Alpesh Patel pays the funds, as promised, on or shortly after March 4, 2016, Plaintiff will not file the fee petition, and all aspects of the case will be concluded.

6. This motion is not brought for purposes of delay but rather to facilitate a negotiated resolution of Plaintiffs' claims against Defendant Alpesh Patel and Rand Oil.

Dated: February 26, 2016                                    Respectfully submitted,

/s Marni Willenson
Willenson Law, LLC
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 546-4910 Tel.
(312) 261-9977 Fax
marni@willensonlaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that, on March 25, 2015, she served the foregoing motion on Defendant Daxesh Patel through the Court's ECF/CM System and on Defendants Alpesh Patel and Rand Oil through email service to defense counsel Mitchell Chaban, at mchaban@lgattorneys.com.


       /s Marni Willenson

3