## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Maria Avila

                Plaintiff,

v.                                         Case No.: 1:14–cv–02296
                                                  Honorable Robert M. Dow Jr.

Rand Oil, Inc., et al.

                Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 1, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Agreed motion to extend time for filing petition for attorneys' fees and costs [60] is granted. The Court extends the deadline for Plaintiff to file any fee petition to 3/16/2016 and requests that counsel for Plaintiff notify the Courtroom Deputy if the payment contemplated in the motion is made such that all aspects of the case will be concluded without the need for any additional filings. Notice of motion date of 3/2/2016 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.