IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA AVILA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-C-2296 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | Magistrate Judge Young B. Kim |
| RAND OIL, INC., ALPESH PATEL, and | ) | |
| DAXESH PATEL | ) | |
| | ) | |
| Defendants. | ) | |

## RELEASE AND SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named Plaintiff and against Defendant Alpesh Patel on February 2, 2016 in the sum of $117,135.66 plus post-judgment interest along with costs plus the separate sum of $5,500. Plaintiff acknowledges Alpesh Patel's payment of $15,000 and has accepted such payment as full satisfaction of said judgment, costs and interests and desires to and does hereby release this judgment.

Dated: March 11, 2016          MARIA AVILA

By her Attorneys:

WILLENSON LAW, LLC

/s Marni Willenson
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 546-4910 Tel.
(312) 261-9977 Fax
marni@willensonlaw.com

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that, on March 11, 2016, she served the foregoing document on Defendant Daxesh Patel through the Court's ECF/CM System and on Defendants Alpesh Patel and Rand Oil through email service to defense counsel Mitchell Chaban, at mchaban@lgattorneys.com.

      /s Marni Willenson